AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>Brandon Jones<br>*Defendant* | Case No. 15-cr-20299-SHM-cgc |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Brandon Jones, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

From on or about November 24, 2015, and continuing through at least November 29, 2015, in the Western District of Tennessee, Brandon Jones did knowingly in and affecting interstate commerce recruit, entice, harbor, transport, provide, obtain, or maintain a person, knowing or in reckless disregard of the fact that said person was under the age of 18 and would be caused to engage in a commercial sex act.

Date: 12/17/2015

*Issuing officer's signature*

City and state: Memphis, Tennessee

U.S. Magistrate Judge Tu M. Pham
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: 12/21/2015

*Arresting officer's signature*

DAVID PALMER / SPECIAL AGENT
*Printed name and title*