**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**Western Division**

**UNITED STATES OF AMERICA**

-vs-                                                                                          Case No.  2:15cr20299-1 SHM

**BRANDON JONES**

## FINDING OF PROBABLE CAUSE

On the evidence presented at the preliminary examination, I find that there is probable cause to believe that the offenses charged in Title 18 U.S.C. § 1591 have been committed and that the defendant committed them.  It is therefore,

**ORDERED** that **BRANDON JONES** is held to answer in the Western District of Tennessee where the prosecution is pending.

**DONE** and **ORDERED** in 167 North Main, Memphis,   Tennessee on 22nd day of December, 2015.

                                                                                    s/ Charmiane G. Claxton
                                                                              CHARMIANE G. CLAXTON
                                                                        UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Counsel for Defendant