UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee  38301* |
| *(901) 495-1200* | *(731) 421-9200* |

# NOTICE OF SETTING
**Before Judge Samuel H. Mays, Jr., United States District Judge**

January 11, 2016

RE:   16-I-001-SHM (15-20299-SHM)
        *USA v. BRANDON JONES*      (in custody)

Dear Sir/Madam:

This matter has been **SET** for **FILING OF A CRIMINAL INFORMATION and GUILTY PLEA** before **Judge Samuel H. Mays, Jr.** on **TUESDAY, JANUARY 12, 2016** at **1:30 P.M.  in Courtroom 2, 11th floor of the Federal Building, Memphis, Tennessee.**

If you have any questions, please contact me at the number provided below, or contact Ms. Zandra Frazier, the Court's case manager, at 901-495-1277.

Sincerely,

*S/ Jean Lee*

Jean Lee, Judicial Assistant
901-495-1283
E-mail: jean_lee@tnwd.uscourts.gov