IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

Versus                                                            15-CR-20299

BRANDON JONES
    Defendant.

## NOTICE OF APPEARANCE

Comes now T. Clifton Harviel, Attorney at Law, and respectfully states that he will be representing Mr. Brandon Jones in this case..

Respectfully Submitted,

/s/T. Clifton Harviel

T. Clifton Harviel (TN 5589)
Attorney at Law
140 Jefferson Avenue
Memphis TN 38103
(901) 543 9799

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have served opposing counsel by way of filing with the Court's Electronic Case Filing System this the 13th day of January, 2016.

/s/T. Clifton Harviel