UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U. S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee  38301* |
| *(901) 495-1200* | *(731) 421-9200* |

**NOTICE OF SETTING**
**Before Judge Jon Phipps McCalla, United States District Judge**

April 28, 2016

RE:    **2:15-cr-20299-SHM**
       *USA v. BRANDON JONES*

Dear Sir/Madam:

A(n) **HEARING re: [56]** *Motion to Withdraw From Further Representation* has been **SET** before **Judge Jon Phipps McCalla** on **MONDAY, MAY 2, 2016** at **2:30 P.M. in Courtroom 1, 11th Floor of the Federal Building, Memphis, Tennessee.**

The parties are instructed to have present any witnesses who will be needed for this hearing.

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the telephone number or email address provided below.

> Sincerely,
> THOMAS M. GOULD, CLERK
> BY:    *s/Bradley T. Gilmartin*,
>        Case Manager to Judge Jon Phipps McCalla
>        901-495-1244
>        bradley_gilmartin@tnwd.uscourts.gov