≈AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| WESTERN | DISTRICT OF | TENNESSEE |

UNITED STATES OF AMERICA

V.

BRANDON JONES

**EXHIBIT AND WITNESS LIST**

Case Number:  2:15CR20299-SHM

| PRESIDING JUDGE<br>**Jon Phipps McCalla** | PLAINTIFF'S ATTORNEY<br>Debra Ireland | DEFENDANT'S ATTORNEY<br>Clifton Harviel |
|---|---|---|
| PROCEEDING/DATE(S):<br>MOTION TO WITHDRAW: 5/2/2016 | COURT REPORTER<br>Nicole Warren | COURTROOM DEPUTY<br>Brad Gilmartin |

| PLF. NO. | DEF. NO. | DATE OFFERED | SWORN | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| X | | 5/2/2016 | X | | | CLARK CHAPMAN |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | s/Bradley Gilmartin 5/2/2016 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.