```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION
```
_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                Cr. No. 15-20299-Ma

BRANDON JONES,

        Defendant.

_____

## SECOND AMENDED SCHEDULING ORDER
_____

     A status/re-scheduling conference was held on June 8, 2016. The following amended deadlines and schedules were established:

     The trial is set for **Tuesday, October 11, 2016**, at **9:30 a.m.** and trial is estimated to take four (4) days. An out of town witness is expected.

     Any plea agreement shall be consummated and submitted to the Court by noon on **October 3, 2016**, and the Court's Case Manager notified. A change of plea hearing will be set by notice. No plea agreement will be entertained unless it is in compliance with this Order.

     If there is a plea agreement, the United States shall submit to chambers a summary of the elements of the offense(s) to which the Defendant is pleading guilty and the statutory penalties for each **in advance of the plea hearing.**

If the case is to be tried, the parties shall file the following **by the close of business on the Tuesday before the trial**:

1. an agreed set of jury instructions;

2. alternative versions of jury instructions on which there is not an agreement, with citations to supporting authorities;

3. an agreed verdict form or alternative versions; and

4. motions in limine.

Responses to motions in limine shall be **filed by 4:00 p.m. on the following Friday.**

Any motion for a continuance shall be filed **at least two (2) weeks before trial** and shall be supported by an affidavit stating the reasons for the continuance.  The motion shall set forth proposed alternative trial dates and other pretrial deadlines consistent with this Order that are agreeable to counsel for all parties.  Failure to comply with these requirements will constitute grounds to deny the motion.

The Court's staff is not authorized to entertain any telephonic requests for a continuance or an extension of any deadlines in this Order.  Such a request shall be considered only on a motion made in open court or by written motion of a party or joint motion of the parties.

The period from June 8, 2016 through October 21, 2016 is excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) in order to allow additional time to prepare for trial.

SO ORDERED this 8th of June, 2016.

                                               ***s/ Samuel H. Mays, Jr.***
                                               SAMUEL H. MAYS, JR.
                                               UNITED STATES DISTRICT JUDGE